ROBERT L. SMITH v. PAUL CHATHAM ET AL.

(Filed 15 December, 1926.)

APPEAL by defendant, Paul Chatham, from *Harding, J.,* at February Term, 1926, of MECKLENBURG.

Civil action to recover plaintiff's part of commissions arising from the negotiation of leases between landowners and F. W. Woolworth & Company for storehouses situate in Concord, Monroe, Gastonia, Shelby and High Point.

From a verdict and judgment in favor of plaintiff, the defendant appeals, assigning errors.

*A. B. Justice and John M. Robinson for plaintiff.*
*Cansler & Cansler and H. L. Taylor for defendant.*

PER CURIAM. The controversy on trial narrowed itself principally to issues of fact, which the jury alone could determine. All matters in dispute have been settled by the verdict, and no action or ruling on the part of the trial court has been discovered by us which we apprehend should be held for reversible error. A careful perusal of the record leaves us with the impression that the case has been tried substantially in accord with the principles of law applicable.

No error.